Case #: 11-

| United States Bankruptcy Court DISTRICT OF *PUERTO RICO* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*SWISS CHALET, INC.,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *66-0200307* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|
| Street Address of Debtor (No. & Street, City, and State):<br>*105 AVE. DE DIEGO*<br>*San Juan, PR*  ZIPCODE *00914* | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*PO BOX 12038*<br>*San Juan, PR*  ZIPCODE *00914-2038* | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*  ZIPCODE | |

| Type of Debtor (Form of organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other  *HOTEL & REAL ESTATE* | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"  ☒ Debts are primarily business debts.

**Tax-Exempt Entity** (Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).

☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SWISS CHALET, INC.,**<br>**a Corporation** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>**X**<br>_____<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SWISS CHALET, INC.,**<br>**a Corporation** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**CHARLES A. CUPRILL HERNANDEZ 114312**
Printed Name of Attorney for Debtor(s)

**CHARLES A. CUPRILL, P.S.C. LAW OFFICES**
Firm Name

**356 FORTALEZA STREET**
Address

**SECOND FLOOR**

**San Juan, PR   00901**

**787-977-0515**
Telephone Number

**05/27/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**ARNOLD BENUS**
Printed Name of Authorized Individual

**DIRECTOR**
Title of Authorized Individual

**05/27/2011**
Date

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SWISS CHALET, INC., a Corporation*

Case No. *11-*
Chapter *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | NO | 0 | $ 71,119,083.69 | | |
| B-Personal Property | NO | 0 | $ 47,402,426.53 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 118,531,806.16 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 33,819.90 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $ 14,175,468.13 | |
| G-Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H-Codebtors | NO | 0 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 16 | $ 118,521,510.22 | $ 132,741,094.19 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re *SWISS CHALET, INC., a Corporation*                    Case No. *11-*
                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *ARNOLD BENUS*_____, *DIRECTOR*_____ of the *Corporation*_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date: *5/27/2011*_____              Signature _____

                                               Name: *ARNOLD BENUS*
                                               Title:  *DIRECTOR*

          [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re SWISS CHALET, INC.
_____
            Debtor(s)

Case No. 11-_____

(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband  W—Wife  J—Joint  C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 1  CPG/GS PR NPL, LLC  270 MUNOZ RIVERA AVE.  THIRD FLOOR  San Juan PR 00918 | | 4/30/2011  LOAN  LAND - COMMERCIAL AREA    Value: $ 71,119,083.69 | X | X | X | 118,531,806.16 | $ 47,412,722.47 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page)  $ 118,531,806.16 | $ 47,412,722.47

Total $ (Use only on last page)  $ 118,531,806.16 | $ 47,412,722.47

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re _SWISS CHALET, INC._ ,       Case No. _11-_
           **Debtor(s)**
                                                  **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on this Schedule E in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    **_1_   continuation sheets attached**

In re _SWISS CHALET, INC._ _____ ,    Case No. _11-_____
                    **Debtor(s)**                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 | | | 4/28/2011<br>PROPERTY TAX<br>(GALLERY PLAZA) | | | | $ 33,819.90 | $ 33,819.90 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| Subtotal $ (Total of this page) | 33,819.90 | 33,819.90 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 33,819.90 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 33,819.90 | 0.00 |

B6F (Official Form 6F) (12/07)

In re **SWISS CHALET, INC.** _____ ,     Case No. **11-** _____
                        **Debtor(s)**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | 4/28/2011 | | | | $ 365.55 |
| Creditor # : 1 ACHA TRADING PO BOX 9020150 San Juan PR 00902 | | | CONSTRUCTION MATERIALS SUPPLIER (INTERIOR) | | | | |
| Account No: | | | 4/28/2011 | | | | $ 825.00 |
| Creditor # : 2 AIR CHILLER MECHANICAL CONSTRUCTOR, INC. PMB 435 HC01 BOX 29030 Caguas PR 00725-8900 | | | AIR CONDITIONING SERVICES | | | | |
| Account No: | | | 4/28/2011 | | | | $ 1,311.60 |
| Creditor # : 3 AMERICAN HOTEL REGISTER 16458 COLLECTIONS CENTER DRIVE VERMON HILLS Chicago IL 60693 | | | HOTEL SUPPLIES | | | | |
| Account No: | | | 4/28/2011 | | | | $ 1,950.00 |
| Creditor # : 4 ANTILLES CARPET, INC. PO BOX 366228 San Juan PR 00936-6228 | | | CARPETS SUPPLIER | | | | |

**12** continuation sheets attached

                                                                                      Subtotal $        $ 4,452.15

                                                                                      Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re **SWISS CHALET, INC.** _____ ,     Case No. _11-_ _____

             **Debtor(s)**                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>APARTE DESIGN<br>354 CALLE DUERO<br>San Juan PR 00902-3718 | | | 4/28/2011<br>GRAPHIC DESIGNS SERVICES | | | | $ 505.00 |
| Account No:<br>Creditor # : 6<br>ASTOR CHOCOLATE CORPORATION<br>651 NEW HAMPHIRE AVENUE<br>Lakewood NJ 08701 | | | 4/28/2011<br>CHOCOLATE SUPPLIER | | | | $ 2,123.10 |
| Account No:<br>Creditor # : 7<br>AUDIO VISUAL PLAYGROUND CORP.<br>MARGARITA #12<br>PARQUE MONTEVERDE II<br>San Juan PR 00926 | | | 4/28/2011<br>AUDIVISUAL SERVICES | | | | $ 125.00 |
| Account No:<br>Creditor # : 8<br>AUTOMATIC CONTROL TECHNOLOGY<br>CALLE 3 SO #1020<br>URB. LA RIVIERA<br>San Juan PR 00921-2518 | | | 4/28/2011<br>MAINTENANCE OF ELECTRIC GATES | | | | $ 1,120.00 |
| Account No:<br>Creditor # : 9<br>BLACKPOINT<br>GALLERY PLAZA 103 AVE DE DIEGO<br>San Juan PR 00911 | | | 4/28/2011<br>(GALLERY PLAZA)<br>DEPOSIT ON APARTMENTS RENTALS AND UTILITIES | | | | $ 23,989.02 |
| Account No:<br>Creditor # : 10<br>BUSTILLO & ASOC.<br>PO BOX 12336<br>San Juan PR 00914-2336 | | | 4/28/2011<br>(GALLERY PLAZA)<br>ADMINISTRATORSOF CONDOMINIUM UNITS | | | | $ 61,700.49 |

Sheet No.   _1_ of   _12_ continuation sheets attached to Schedule of               **Subtotal $**       $ 89,562.61
Creditors Holding Unsecured Nonpriority Claims                                                 **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _SWISS CHALET, INC._ _____,
          **Debtor(s)**

Case No. _11-_ _____
          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 11 CARIBBEAN BUSINESS PO BOX 12130 San Juan PR 00914-0130 | | | 4/28/2011 ADVERTISING | | | | $ 7,154.00 |
| **Account No:** Creditor # : 12 CONDADO PLAZA HOTEL & CASINO 999 ASHFORD AVENUE San Juan PR 00907 | | | 4/28/2011 AMOUNT DUE FOR REFERRAL OF GUESTS | | | | $ 397.50 |
| **Account No:** Creditor # : 13 CORAL BY THE SEA HOTEL 2 ROSA ST ISLA VERDE Carolina PR 00985 | | | 4/28/2011 AMOUNT DUE FOR REFERRAL OF GUESTS | | | | $ 6,118.01 |
| **Account No:** Creditor # : 14 COURTYARD ISLA VERDE – HR PROPERTIES, INC PO BOX 12112 San Juan PR 00914 | | | 4/28/2011 AMOUNT DUE FOR PARKING, BOOKKEEPING AND PAYROLL SERVICES | | | | $ 46,254.35 |
| **Account No:** Creditor # : 15 DEPARTAMENTO DE HACIENDA DE PR BANKRUPTCY SECTION (424-B) PO BOX 9024140 San Juan PR 00902-4140 | | | 4/28/2011 (GALLERY PLAZA) FINE FOR FAILURE TO HAVE PERMITS VISIBLE | | | | $ 336.00 |
| **Account No:** Creditor # : 16 DEPARTAMENTO DE HACIENDA DE PR BANKRUPTCY SECTION (424-B) PO BOX 9024140 San Juan PR 00902-4140 | | | 4/28/2011 (ATLANTIS) FINE FOR FAILURE TO HAVE PERMITS VISIBLE | | | | $ 427.00 |

Sheet No. _2_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 60,686.86

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _SWISS CHALET, INC._____,    Case No. _11-_____

**Debtor(s)**    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>DESARROLLOS METROPOLITANOS LLC<br>PO BOX 9417<br>San Juan PR 00908-0417 | | | 4/28/2011<br>CONSTRUCTION CONTRACTORS<br>(ATLANTIS) | | | | $ 23,782.00 |
| Account No:<br>Creditor # : 18<br>DESARROLLOS METROPOLITANOS LLC<br>PO BOX 9417<br>San Juan PR 00908-0417 | | | 8/31/2006<br>CONSTRUCTION CONTRACTORS<br>(HOTEL PIERRE PROJECT) | | | | $ 7,499,530.50 |
| Account No:<br>Creditor # : 19<br>DEYA ELEVATOR SERVICE<br>PO BOX 362411<br>San Juan PR 00936-2411 | | | 4/28/2011<br>ELEVATORS SERVICES | | | | $ 1,263.75 |
| Account No:<br>Creditor # : 20<br>DUARTE WASTE<br>PMB 1886 243 CALLE PARIS<br>San Juan PR 00917-3632 | | | 4/28/2011<br>WASTE DISPOSAL SERVICES | | | | $ 609.06 |
| Account No:<br>Creditor # : 21<br>DUARTE WASTE<br>PO BOX 9694<br>San Juan PR 00908-9694 | | | 4/28/2011<br>WASTE DISPOSAL SERVICES<br>(ATLANTIS) | | | | $ 570.00 |
| Account No:<br>Creditor # : 22<br>ECOLAB<br>PO BOX 60-7086<br>Bayamon PR 00960 | | | 4/28/2011<br>KITCHEN CLEANING SUPPLIES | | | | $ 275.10 |

Sheet No. _3_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 7,526,030.41

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _SWISS CHALET, INC._
                    **Debtor(s)**                                                    ,          Case No. _11-_
                                                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 23<br>EL NUEVO DIA<br>PO BOX 9067512<br>San Juan PR 00906-7512 | | | 4/28/2011<br>ADVERTISING | | | | $ 285.00 |
| Account No:<br>Creditor # : 24<br>EMBASSY SUITES<br>800 TARTAK ST. ISLA VERDE<br>Carolina PR 00979 | | | 4/28/2011<br>AMOUNT DUE FOR REFERRAL OF GUESTS | | | | $ 377.08 |
| Account No:<br>Creditor # : 25<br>ENVISION TECHNOLOGIES<br>SUITE 112 MCS 345<br>100 GRAN BULEVAR PASEOS<br>San Juan PR 00926-5955 | | | 4/28/2011<br>COMMUNICATION SERVICES | | | | $ 2,793.96 |
| Account No:<br>Creditor # : 26<br>FACSIMILE PAPER CONNECTION<br>PO BOX 363122<br>San Juan PR 00936-3122 | | | 4/28/2011<br>PRINTING SUPPLIES | | | | $ 576.00 |
| Account No:<br>Creditor # : 27<br>FASTPRO INTERNATIONAL<br>PO BOX 250<br>Bayamon PR 00960-0250 | | | 4/28/2011<br>CLEANING SUPPLIES | | | | $ 133.05 |
| Account No:<br>Creditor # : 28<br>GALLERY PLAZA CONDO ASSOC.<br>105 AVE DE DIEGO<br>San Juan PR 00911-3529 | | | 4/28/2011<br>(GALLERY PLAZA)<br>ASSOCIATION FEES | | | | $ 1,542.90 |

Sheet No. _4_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 5,707.99
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *SWISS CHALET, INC.*
Debtor(s)

Case No. _11-_
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 GIOVANA RAMIREZ DE ARELLANO #827 JOSE MARTI COND. JOAN APT. 702 San Juan PR 00907 | | | 4/28/2011 (ATLANTIS) MARKETING SERVICES | | | | $ 1,395.00 |
| Account No: Creditor # : 30 GIOVANNA RAMIREZ DE ARELLANO #827 JOSE MARTI COND. JOAN APT. 702 San Juan PR 00907 | | | 4/28/2011 (GALLERY PLAZA) MARKETING SERVICES | | | | $ 1,395.00 |
| Account No: Creditor # : 31 GLASSTRA ALUMINUM INC. PO BOX 146 Catano PR 00963-0428 | | | 4/28/2011 ALUMINIUM AND GLASS SUPPLIER | | | | $ 975.00 |
| Account No: Creditor # : 32 GP WEST, INC. PO BOX 12038 San Juan PR 00914 | | | 4/28/2011 AMOUNT DUE FOR LOAN TO PURCHASE FURNITURE | | | | $ 1,485,585.96 |
| Account No: Creditor # : 33 GP WEST, INC. PO BOX 12038 San Juan PR 00914 | | | 6/10/2008 INTERCOMPANY BALANCE (HOTEL PIERRE PROJECT) | | | | $ 1,347,229.77 |
| Account No: Creditor # : 34 GRAMAS LINDAS LANDSCAPE, INC. PO BOX 190476 San Juan PR 00919-0476 | | | 4/28/2011 LANDSCAPING MAINTENANCE (GALLERY PLAZA) | | | | $ 1,690.75 |

Sheet No. _5_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,838,271.48
Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *SWISS CHALET, INC.*                                                     ,                    Case No. *11-*
                    **Debtor(s)**                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 35 <br> GUEST SUPPLY <br> PO BOX 910 <br> Monmouth Junctio NJ 08852-0910 | | | 4/28/2011 <br><br> SUPPLY OF CONVENIENCE ITEMS TO GUESTS | | | | $ 12,114.82 |
| Account No:    1804 <br> Creditor # : 36 <br> IMPERIAL CREDIT CORP. <br> PO BOX 71432 <br> San Juan PR 00936 | | | 4/28/2011 <br><br> (ATLANTIS) <br> INSURANCE PREMIUM FINANCING | | | | $ 9,149.18 |
| Account No:    1812 <br> Creditor # : 37 <br> IMPERIAL CREDIT CORP. <br> PO BOX 71432 <br> San Juan PR 00936 | | | 4/28/11 <br><br> INSURANCE PREMIUM FINANCING | | | | $ 17,512.42 |
| Account No:    9372 <br> Creditor # : 38 <br> IMPERIAL CREDIT CORP. <br> PO BOX 71432 <br> San Juan PR 00936-8532 | | | 4/28/2011 <br><br> (ATLANTIS) <br> INSURANCE PREMIUM FINANCING | | | | $ 72,781.62 |
| Account No: <br> Creditor # : 39 <br> INTERNATIONAL CHEMTEX <br> PO BOX 363984 <br> San Juan PR 00936-3984 | | | 4/28/2011 <br><br> WATER TREATMENT SERVICES | | | | $ 465.00 |
| Account No: <br> Creditor # : 40 <br> IVAN A. AYALA <br> PO BOX 12038 <br> San Juan PR 00914 | | | 4/28/2011 <br><br> AMOUNT DUE ON PAYMENT ON BEHALF OF DEBTOR | | | | $ 385.69 |

Sheet No.    6  of    12  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 112,408.73

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *SWISS CHALET, INC.* _____ ,    Case No. *11-* _____

Debtor(s)    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>JOE'S CARPET CLEANER<br>CALLE 34 BLQ 41 #11<br>Carolina PR 00985 | | 4/28/2011<br>CLEANING SERVICES | | | | $ 425.00 |
| Account No:<br>Creditor # : 42<br>JULIO BILLOCH<br>PO BOX 190476<br>San Juan PR 00919-0476 | | 4/28/2011<br><br>(GALLERY PLAZA)<br>FEE FOR MODEL APARTMENTS | | | | $ 2,500.00 |
| Account No:<br>Creditor # : 43<br>KARL AMALIA & SONS, INC.<br>PO BOX 10354<br>San Juan PR 00922 | | 4/28/2011<br>MAINTENANCE SERVICES<br>EXTERMINATING SERVICES | | | | $ 1,600.00 |
| Account No:<br>Creditor # : 44<br>LATIMER, BIAGGI, RACHID &<br>GODREAU, LLP<br>1619 PONCE DE LEON AVE ST 1205<br>San Juan PR 00909 | | 4/28/2011<br>LEGAL SERVICES<br>(GALLERY PLAZA) | | | | $ 3,458.00 |
| Account No:<br>Creditor # : 45<br>LCDO. ANIBAL GONZALEZ LOPEZ<br>JESUS T. PIÑEIRO #7<br>Las Piedras PR 00771 | | 4/28/2011<br>LEGAL SERVICES | | | | $ 140.00 |
| Account No:<br>Creditor # : 46<br>LOS ANGELES GUARDIANES<br>COND FIRST FEDERAL AVE MUÑOZ<br>RIVERA EDIF 1056 SUITE 409<br>San Juan PR 00927 | | 4/28/2011<br><br>SECURITY SERVICES | | | | $ 4,432.72 |

Sheet No. _7_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 12,555.72

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _SWISS CHALET, INC._ _____,    Case No. _11-_ _____
                    **Debtor(s)**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>MAGIC TRANSPORT, INC.<br>PO BOX 360729<br>San Juan PR 00936-0729 | | 4/28/2011<br>TRANSPORTATION SERVICES | | | | $ 1,270.01 |
| Account No:<br>Creditor # : 48<br>McP&G, INC.<br>PO BOX 9694<br>San Juan PR 00908-9694 | | 4/28/2011<br><br>(ATLANTIS)<br>ADMINISTRATION AND SALES SERVICES | | | | $ 32,843.09 |
| Account No:<br>Creditor # : 49<br>MENACO CORPORATION<br>PO BOX 70183<br>San Juan PR 00936-8183 | | 4/28/2011<br>JANITORIAL SUPPLIES | | | | $ 283.64 |
| Account No:<br>Creditor # : 50<br>METROPOLITAN BUILDERS, LLC<br>PO BOX 9417<br>San Juan PR 00908-0417 | | 4/28/2011<br>CONSTRUCTION CONTRACTORS<br>(GALLERY PLAZA) | | | | $ 3,283,583.40 |
| Account No:<br>Creditor # : 51<br>MOJICA AIR CONDITIONING<br>AVE LOMAS VERDES N9<br>Bayamon PR 00956 | | 4/28/2011<br>AIR CONDITIONING<br>(GALLERY PLAZA) | | | | $ 61,780.00 |
| Account No:<br>Creditor # : 52<br>ODALY DE LOS SANTOS<br>VILLA PALMERA<br>EDUARDO CONDE 385<br>San Juan PR 00915 | | 4/28/2011<br><br>(ATLANTIS)<br>CLEANING SERVICES | | | | $ 1,488.00 |

Sheet No. _8_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 3,381,248.14

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _SWISS CHALET, INC._____,    Case No. _11-_____
                    **Debtor(s)**                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 53<br>ODALYS DE LOS SANTOS<br>VILLA PALMERAS<br>EDUARDO CONDE 385<br>San Juan PR 00915 | | | 4/28/2011<br><br>*(GALLERY PLAZA)*<br>*CLEANING SERVICES* | | | | $ 279.00 |
| **Account No:**<br>Creditor # : 54<br>ONELINK COMMUNICATIONS<br>PO BOX 192296<br>San Juan PR 00919-2296 | | | 1/2/2011<br>*INTERNET SERVICES* | | | | $ 516.78 |
| **Account No:**<br>Creditor # : 55<br>PERFECT CLEANING SERVICES<br>100 GRAND BOULEVARD LOS PASEOS<br>112 MCS 115<br>San Juan PR 00926 | | | 4/28/2011<br><br>*MAINTENANCE OF LOBBY AND COMMON AREAS* | | | | $ 1,155.95 |
| **Account No:**<br>Creditor # : 56<br>PERMACERAN<br>CALLE TINTILLO 176<br>PARQUE DEL RIO<br>Trujillo Alto PR 00976 | | | 4/28/2011<br><br>*(GALLERY PLAZA)*<br>*BATHTUB CLEANING AND MAINTENANCE SERVICES* | | | | $ 380.00 |
| **Account No:**<br>Creditor # : 57<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>*ELECTRIC POWER SERVICES*<br>*(ATLANTIS)* | | | | $ 29,242.69 |
| **Account No:    0010**<br>Creditor # : 58<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>*ELECTRIC POWER SERVICES*<br>*(ATLANTIS)* | | | | $ 505.59 |

Sheet No. __9__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 32,080.01

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re SWISS CHALET, INC. _____,  Case No. 11-_____
                    **Debtor(s)**                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **5001**<br>Creditor # : 59<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>ELECTRIC POWER SERVICES<br>(GALLERY PLAZA) | | | | $ 517.28 |
| Account No: **0019**<br>Creditor # : 60<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>ELECTRIC POWER SERVICES | | | | $ 430.61 |
| Account No: **0019**<br>Creditor # : 61<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>ELECTRIC POWER SERVICES<br>(ATLANTIS) | | | | $ 282.49 |
| Account No: **0019**<br>Creditor # : 62<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>ELECTRIC POWER SERVICES<br>(GALLERY PLAZA) | | | | $ 590.68 |
| Account No:<br>Creditor # : 63<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | | | 4/28/2011<br>ELECTRIC POWER SERVICES<br>(GALLERY PLAZA) | | | | $ 23,560.27 |
| Account No:<br>Creditor # : 64<br>PRONTO PRINTING<br>373 SAN JORGE<br>San Juan PR 00912 | | | 4/28/2011<br>PRINTING SUPPLIES | | | | $ 120.50 |

Sheet No. **10** of **12** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | **$ 25,501.83**

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _SWISS CHALET, INC._____ ,          Case No. _11-_____
                    **Debtor(s)**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 65 PUBLICACIONES TERE SUAREZ PO BOX 362319 San Juan PR 00936-2319 | | | 4/28/2011 (GALLERY PLAZA) MARKETING SERVICES | | | | $ 43,870.21 |
| Account No: Creditor # : 66 PUBLICIDAD TERE SUAREZ PO BOX 362319 San Juan PR 00936-2319 | | | 4/28/2011 (ATLANTIS) MARKETING SERVICES | | | | $ 21,816.25 |
| Account No: Creditor # : 67 PUERTO RICO TELEPHONE PO BOX 70366 San Juan PR 00936 | | | 4/28/2011 TELEPHONE SERVICES | | | | $ 1,841.51 |
| Account No: Creditor # : 68 R. PALAU CALLE CUBA #161, BRDA ISRAEL San Juan PR 00917-1726 | | | 4/28/2011 MAINTENANCE OF WATERFOUNTAINS | | | | $ 38.50 |
| Account No: Creditor # : 69 RESTAURANTE ALQUIMIA GALLERY PLAZA 103, LOCAL C AVENIDA DE DIEGO San Juan PR 00911 | | | 4/28/2011 AMOUNT DUE FOR CHRISTMAS PARTY ACTIVITIES | | | | $ 4,518.95 |
| Account No: Creditor # : 70 SUSAN E. ANTONETTI, CPA COND SANTA TERESA 650 CALLE ESTADO PH San Juan PR 00907 | | | 4/28/2011 ACCOUNTING SERVICES (ATLANTIS) | | | | $ 2,790.00 |

Sheet No. _11_ of _12_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**    $ 74,875.42
                                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *SWISS CHALET, INC.*_____,        Case No. 11-_____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 71 SUSAN E. ANTONIETTI, CPA COND SANTA TERESA 650 CALLE ESTADO PH San Juan PR 00907 | | | 4/28/2011 ACCOUNTING SERVICES (GALLERY PLAZA) | | | | $ 2,790.00 |
| **Account No:** Creditor # : 72 TRAVEL CLICK 2193 PAYSPHERE CIRCLE Chicago IL 60674 | | | 4/28/2011 BOOKING SERVICES | | | | $ 585.00 |
| **Account No:** Creditor # : 73 TRAVELOCITY 7285 COLLECTION CENTER DRIVE Chicago IL 60693 | | | 4/28/2011 BOOKING SERVICES | | | | $ 43.78 |
| **Account No:** Creditor # : 74 UNIVERSAL EQUIPMENT SALES CORP PO BOX 194048 San Juan PR 00919-4048 | | | 4/28/2011 EQUIPMENT SUPPLIER | | | | $ 8,483.00 |
| **Account No:** Creditor # : 75 VAZQUEZ & VAZQUEZ PO BOX 30973 San Juan PR 00929-1973 | | | 4/25/2011 EXTERMINATING SERVICES | | | | $ 185.00 |
| **Account No:** | | | | | | | |

Sheet No. __12__ of __12__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 12,086.78

Total $          $ 14,175,468.13
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re *SWISS CHALET, INC.*                              Case No. *11-*
    *a  Corporation*                                 Chapter *11*

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| **1** CPG/GS PR NPL, LLC 270 MUNOZ RIVERA AVE. THIRD FLOOR San Juan PR 00918 | Phone: CPG/GS PR NPL, LLC PO BOX 12038 San Juan PR 00914-2038 | *LOAN* | C U | $ 118,531,806.16 Value: D $ 71,119,083.69 Net Unsecured: $ 47,412,722.47 |
| **2** DESARROLLOS METROPOLITANOS LLC PO BOX 9417 San Juan PR 00908-0417 | Phone: DESARROLLOS METROPOLITANOS LLC PO BOX 9417 San Juan PR 00908-0417 | *CONSTRUCTION CONTRACTORS* | | $ 7,499,530.50 |
| **3** METROPOLITAN BUILDERS, LLC PO BOX 9417 San Juan PR 00908-0417 | Phone: METROPOLITAN BUILDERS, LLC PO BOX 9417 San Juan PR 00908-0417 | *CONSTRUCTION CONTRACTORS* | | $ 3,283,583.40 |
| **4** IMPERIAL CREDIT CORP. PO BOX 71432 San Juan PR 00936-8532 | Phone: IMPERIAL CREDIT CORP. PO BOX 71432 San Juan PR 00936-8532 | | | $ 72,781.62 |
| **5** MOJICA AIR CONDITIONING AVE LOMAS VERDES N9 Bayamon PR 00956 | Phone: MOJICA AIR CONDITIONING AVE LOMAS VERDES N9 Bayamon PR 00956 | *AIR CONDITIONING* | | $ 61,780.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>BUSTILLO & ASOC.<br>PO BOX 12336<br>San Juan PR 00914-2336 | Phone:<br>BUSTILLO & ASOC.<br>PO BOX 12336<br>San Juan PR 00914-2336 | | | $ 61,700.49 |
| 7<br>COURTYARD ISLA VERDE -<br>HR PROPERTIES, INC<br>PO BOX 12112<br>San Juan PR 00914 | Phone:<br>COURTYARD ISLA VERDE -<br>HR PROPERTIES, INC<br>PO BOX 12112<br>San Juan PR 00914 | | | $ 46,254.35 |
| 8<br>PUBLICACIONES TERE SUAREZ<br>PO BOX 362319<br>San Juan PR 00936-2319 | Phone:<br>PUBLICACIONES TERE SUAREZ<br>PO BOX 362319<br>San Juan PR 00936-2319 | | | $ 43,870.21 |
| 9<br>CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 | Phone:<br>CRIM<br>PO BOX 195387<br>San Juan PR 00919-5387 | PROPERTY TAX | | $ 33,819.90 |
| 10<br>McP&G, INC.<br>PO BOX 9694<br>San Juan PR 00908-9694 | Phone:<br>McP&G, INC.<br>PO BOX 9694<br>San Juan PR 00908-9694 | | | $ 32,843.09 |
| 11<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | Phone:<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | ELECTRIC POWER SERVICES | | $ 29,242.69 |
| 12<br>BLACKPOINT<br>GALLERY PLAZA 103 AVE DE DIEGO<br>San Juan PR 00911 | Phone:<br>BLACKPOINT<br>GALLERY PLAZA 103 AVE DE DIEGO<br>San Juan PR 00911 | | | $ 23,989.02 |
| 13<br>DESARROLLOS METROPOLITANOS LLC<br>PO BOX 9417<br>San Juan PR 00908-0417 | Phone:<br>DESARROLLOS METROPOLITANOS LLC<br>PO BOX 9417<br>San Juan PR 00908-0417 | CONSTRUCTION CONTRACTORS | | $ 23,782.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| **14**<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | Phone:<br>PR ELECTRIC POWER (PREPA)<br>BANKRUPTCY OFFICE<br>PO BOX 364267<br>San Juan PR 00936-4267 | ELECTRIC POWER SERVICES | | $ 23,560.27 |
| **15**<br>PUBLICIDAD TERE SUAREZ<br>PO BOX 362319<br>San Juan PR 00936-2319 | Phone:<br>PUBLICIDAD TERE SUAREZ<br>PO BOX 362319<br>San Juan PR 00936-2319 | | | $ 21,816.25 |
| **16**<br>IMPERIAL CREDIT CORP.<br>PO BOX 71432<br>San Juan PR 00936 | Phone:<br>IMPERIAL CREDIT CORP.<br>PO BOX 71432<br>San Juan PR 00936 | | | $ 17,512.42 |
| **17**<br>GUEST SUPPLY<br>PO BOX 910<br>Monmouth Junctio NJ<br>08852-0910 | Phone:<br>GUEST SUPPLY<br>PO BOX 910<br>Monmouth Junctio NJ<br>08852-0910 | | | $ 12,114.82 |
| **18**<br>IMPERIAL CREDIT CORP.<br>PO BOX 71432<br>San Juan PR 00936 | Phone:<br>IMPERIAL CREDIT CORP.<br>PO BOX 71432<br>San Juan PR 00936 | | | $ 9,149.18 |
| **19**<br>UNIVERSAL EQUIPMENT SALES CORP<br>PO BOX 194048<br>San Juan PR 00919-4048 | Phone:<br>UNIVERSAL EQUIPMENT SALES CORP<br>PO BOX 194048<br>San Juan PR 00919-4048 | EQUIPMENT SUPPLIER | | $ 8,483.00 |
| **20**<br>CARIBBEAN BUSINESS<br>PO BOX 12130<br>San Juan PR 00914-0130 | Phone:<br>CARIBBEAN BUSINESS<br>PO BOX 12130<br>San Juan PR 00914-0130 | ADVERTISING | | $ 7,154.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *ARNOLD BENUS* , *DIRECTOR* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 5/27/11

Signature

Name: *ARNOLD BENUS*

Title: *DIRECTOR*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re *SWISS CHALET, INC., a Corporation*

Case No. *11-*
Chapter *11*

_____ / Debtor

Attorney for Debtor: *CHARLES A. CUPRILL HERNANDEZ*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*9*___ pages, is true, correct and complete to the best of my knowledge.

Date: *05/27/2011*

Debtor

*CHARLES A. CUPRILL HERNANDEZ*
*Attorney for the debtor(s)*
*356 FORTALEZA STREET*
*SECOND FLOOR*
*San Juan, PR  00901*

```
SWISS CHALET, INC.
PO BOX 12038
San Juan, PR  00914-2038


CHARLES A. CUPRILL HERNANDEZ
356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR  00901

ACHA TRADING
PO BOX 9020150
San Juan, PR  00902


AIR CHILLER MECHANICAL
CONSTRUCTOR, INC.
PMB 435 HC01 BOX 29030
Caguas, PR  00725-8900

AMERICAN HOTEL REGISTER
16458 COLLECTIONS CENTER DRIVE
VERMON HILLS
Chicago, IL  60693


ANTILLES CARPET, INC.
PO BOX 366228
San Juan, PR  00936-6228


APARTE DESIGN
354 CALLE DUERO
San Juan, PR  00902-3718


ASTOR CHOCOLATE CORPORATION
651 NEW HAMPHIRE AVENUE
Lakewood, NJ  08701


AUDIO VISUAL PLAYGROUND CORP.
MARGARITA #12
PARQUE MONTEVERDE II
San Juan, PR  00926

AUTOMATIC CONTROL TECHNOLOGY
CALLE 3 SO #1020
URB. LA RIVIERA
San Juan, PR  00921-2518
```

BLACKPOINT
GALLERY PLAZA 103 AVE DE DIEGO
San Juan, PR  00911


BUSTILLO & ASOC.
PO BOX 12336
San Juan, PR  00914-2336


CARIBBEAN BUSINESS
PO BOX 12130
San Juan, PR  00914-0130


CONDADO PLAZA HOTEL & CASINO
999 ASHFORD AVENUE
San Juan, PR  00907


CORAL BY THE SEA HOTEL
2 ROSA ST ISLA VERDE
Carolina, PR  00985


COURTYARD ISLA VERDE -
HR PROPERTIES, INC
PO BOX 12112
San Juan, PR  00914


CPG/GS PR NPL, LLC
PO BOX 12038
San Juan, PR  00914-2038


CPG/GS PR NPL, LLC
270 MUNOZ RIVERA AVE.
THIRD FLOOR
San Juan, PR  00918


CRIM
PO BOX 195387
San Juan, PR  00919-5387


DEPARTAMENTO DE HACIENDA DE PR
BANKRUPTCY SECTION (424-B)
PO BOX 9024140
San Juan, PR  00902-4140

DESARROLLOS METROPOLITANOS LLC
PO BOX 9417
San Juan, PR  00908-0417


DEYA ELEVATOR SERVICE
PO BOX 362411
San Juan, PR  00936-2411


DUARTE WASTE
PMB 1886 243 CALLE PARIS
San Juan, PR  00917-3632


DUARTE WASTE
PO BOX 9694
San Juan, PR  00908-9694


ECOLAB
PO BOX 60-7086
Bayamon, PR  00960


EFRAIN WONG LU VEGA
6515 COLLINS AVE.
Miami, FL  33142


EL NUEVO DIA
PO BOX 9067512
San Juan, PR  00906-7512


EMBASSY SUITES
800 TARTAK ST. ISLA VERDE
Carolina, PR  00979


ENVISION TECHNOLOGIES
SUITE 112 MCS 345
100 GRAN BULEVAR PASEOS
San Juan, PR  00926-5955


FACSIMILE PAPER CONNECTION
PO BOX 363122
San Juan, PR  00936-3122

```
FASTPRO INTERNATIONAL
PO BOX 250
Bayamon, PR   00960-0250


GALLERY PLAZA CONDO ASSOC.
105 AVE DE DIEGO
San Juan, PR   00911-3529


GIOVANA RAMIREZ DE ARELLANO
#827 JOSE MARTI COND. JOAN
APT. 702
San Juan, PR   00907


GIOVANNA RAMIREZ DE ARELLANO
#827 JOSE MARTI COND. JOAN
APT. 702
San Juan, PR   00907


GLASSTRA ALUMINUM INC.
PO BOX 146
Catano, PR   00963-0428


GP WEST, INC.
PO BOX 12038
San Juan, PR   00914


GRAMAS LINDAS LANDSCAPE, INC.
PO BOX 190476
San Juan, PR   00919-0476


GUEST SUPPLY
PO BOX 910
Monmouth Junctio, NJ   08852-0910


IMPERIAL CREDIT CORP.
PO BOX 71432
San Juan, PR   00936-8532


IMPERIAL CREDIT CORP.
PO BOX 71432
San Juan, PR   00936
```

INTERNATIONAL CHEMTEX
PO BOX 363984
San Juan, PR  00936-3984


IVAN A. AYALA
PO BOX 12038
San Juan, PR  00914


JOE'S CARPET CLEANER
CALLE 34 BLQ 41 #11
Carolina, PR  00985


JULIO BILLOCH
PO BOX 190476
San Juan, PR  00919-0476


KARL AMALIA & SONS, INC.
PO BOX 10354
San Juan, PR  00922


LATIMER, BIAGGI, RACHID &
GODREAU, LLP
1619 PONCE DE LEON AVE ST 1205
San Juan, PR  00909


LCDO. ANIBAL GONZALEZ LOPEZ
JESUS T. PIÑEIRO #7
Las Piedras, PR  00771


LILY'S CHOCOLATIER CORPORATION
PO BOX 797-24
Carolina, PR  00984-9724


LOS ANGELES GUARDIANES
COND FIRST FEDERAL AVE MUÑOZ
RIVERA EDIF 1056 SUITE 409
San Juan, PR  00927


MAGIC TRANSPORT, INC.
PO BOX 360729
San Juan, PR  00936-0729

```
McP&G, INC.
PO BOX 9694
San Juan, PR  00908-9694


MENACO CORPORATION
PO BOX 70183
San Juan, PR  00936-8183


METROPOLITAN BUILDERS, LLC
PO BOX 9417
San Juan, PR  00908-0417


MOJICA AIR CONDITIONING
AVE LOMAS VERDES N9
Bayamon, PR  00956


ODALY DE LOS SANTOS
VILLA PALMERA
EDUARDO CONDE 385
San Juan, PR  00915


ODALYS DE LOS SANTOS
VILLA PALMERAS
 EDUARDO CONDE 385
San Juan, PR  00915


ONELINK COMMUNICATIONS
PO BOX 192296
San Juan, PR  00919-2296


PENG LIONG LIONG &
ILSA MARILIA RODRIGUEZ
92 MEDICI ST. PASEO DEL PARQUE
San Juan, PR  00926


PERFECT CLEANING SERVICES
100 GRAND BOULEVARD LOS PASEOS
112 MCS 115
San Juan, PR  00926


PERMACERAN
CALLE TINTILLO 176
PARQUE DEL RIO
Trujillo Alto, PR  00976
```

PILAR MORENO INTERIOR DESIGN
STUDIO, INC.
1400 MAGDALENA AVE.
San Juan, PR  00907


PR ELECTRIC POWER (PREPA)
BANKRUPTCY OFFICE
PO BOX 364267
San Juan, PR  00936-4267


PRONTO PRINTING
373 SAN JORGE
San Juan, PR  00912


PUBLICACIONES TERE SUAREZ
PO BOX 362319
San Juan, PR  00936-2319


PUBLICIDAD TERE SUAREZ
PO BOX 362319
San Juan, PR  00936-2319


PUERTO RICO TELEPHONE
PO BOX 70366
San Juan, PR  00936


R. PALAU
CALLE CUBA #161, BRDA ISRAEL
San Juan, PR  00917-1726


RESTAURANTE ALQUIMIA
GALLERY PLAZA 103, LOCAL C
AVENIDA DE DIEGO
San Juan, PR  00911


SUSAN E. ANTONETTI, CPA
COND SANTA TERESA
650 CALLE ESTADO PH
San Juan, PR  00907


SUSAN E. ANTONIETTI, CPA
COND SANTA TERESA 650
CALLE ESTADO PH
San Juan, PR  00907

```
TRAVEL CLICK
2193 PAYSPHERE CIRCLE
Chicago, IL  60674


TRAVELOCITY
7285 COLLECTION CENTER DRIVE
Chicago, IL  60693


UNDER THE TREES, INC.
PO BOX 9022316
San Juan, PR  00902-2316


UNIVERSAL EQUIPMENT SALES CORP
PO BOX 194048
San Juan, PR  00919-4048


VAZQUEZ & VAZQUEZ
PO BOX 30973
San Juan, PR  00929-1973
```

# SWISS CHALET, INC.
## CERTIFICATE OF CORPORATE RESOLUTION

The undersigned, Pedro Feliciano Benítez, Secretary of the Board of Directors of Swiss Chalet, Inc., a corporation organized and existing under the laws of the Commonwealth of Puerto Rico (hereinafter referred to as the "Corporation"), does hereby certify that the following resolutions were duly adopted by unanimous consent of the Board of Directors of said Corporation on May 25th, 2011, and does further certify that the said resolutions are in full force and effect and unrescinded:

"RESOLVED, as it is hereby resolved, to authorize Mr. José Teixidor, President of the Corporation, and/or Mr.Joseph P. McCloskey, Vice-President of the Corporation, and/or Mr. Arnold Benus Silva, Director of the Corporation, to execute on behalf of the Corporation the following acts:

(a) to execute all convenient and necessary documents related to the filing of a petition for bankruptcy on behalf of the Corporation before the U.S. Bankruptcy Court of the District of Puerto Rico;

(b) to engage any and all legal and other professional services necessary to file and pursue said bankruptcy petition and any other legal remedies and causes of actions that the Corporation might have against any third parties;

FURTHER RESOLVED, that any of these officers and representatives of this Corporation and any other officer be, and the same are hereby authorized and empowered, individually, to take or cause to be taken all such further actions and to prepare, execute, deliver and/or file as appropriate, all instruments, documents and filings as he, they, or any of them, may deem necessary, desirable or appropriate to effect the intent of the foregoing resolution."

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation, in the City of San Juan, Puerto Rico, this 26th day of May 2011.

(Seal)

_____
Secretary

Affidavit number: _- 1,725 -_

Sworn and subscribed to before me by the above signed person, of legal age, single, and a resident of Las Piedras, Puerto Rico, in his capacity as Secretary of the Board of Directors of Swiss Chalet, Inc., personally known to me, in San Juan, Puerto Rico, this 26th day of May, 2011.

_____
Notary Public

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re

**SWISS CHALET, INC.**

      Debtor

Case No.

Chapter 11

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a.  For legal services rendered or to be rendered in contemplation of and in connection with this case ................     $92,500.00
   b.  Prior to the filing of this statement, debtor(s) have paid ........     $92,500.00
   c.  The unpaid balance due and payable is ...............................     $0.00

3.  $1,039.00 of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
   a.  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b.  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c.  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor("s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

*None*


Dated: *May 26, 2011*

**Respectfully submitted**.

<div style="margin-left: 40%;">

*s*/**CHARLES A. CUPRILL-HERNANDEZ**
   **USDC-PR 114312**
CHARLES A. CUPRILL, P.C.S. LAW OFFICES
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.:  787-977-0515
Fax:  787-977-0518
E-mail: ccuprill@cuprill.com

</div>